```
                                              U.S. DISTRICT COURT
                                               DISTRICT OF N.H.
                                                   FILED

                                              2005 JUL 14 A 11: 12
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Dwayne A. Reddick

    v.                              Civil No. 05-fp-254

Sue-Ellen Seabury


## ORDER GRANTING REQUEST TO
## PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned number 05-cv-254-_PB_.

**SO ORDERED.**

                                              James R. Muirhead
                                              United States Magistrate Judge

Date:  July 14, 2005

cc:    Dwayne A. Reddick, pro se