```
                                              U.S. DISTRICT COURT
                                               DISTRICT OF N.H.
                                                   FILED

                                              2005 JUL 14 A 11: 12
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Dwayne A. Reddick</u>

    v.                                Civil No. 05-fp-254

<u>Sue-Ellen Seabury</u>


<u>**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**</u>

Plaintiff's request to proceed <u>in forma pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned number 05-cv-254-_PB_ .

**SO ORDERED.**

                                            /s/ James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge

Date:   July 14, 2005

cc:     Dwayne A. Reddick, pro se